UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 11-61746-CIV-MIDDLEBROOKS/VITUNAC

ACCESS FOR THE DISABLED, INC.,
ROBERT COHEN, and PATRICIA KENNEDY,
        Plaintiffs,

v.

BAGEL RAMA, INC., a
Florida Corporation,
        Defendant.
_____/

FILED by _____ D.C.

MAR 19 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ACCEPTING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (DE 21) ("Notice"), filed March 16, 2012. I have reviewed the Notice and am otherwise fully advised in the premises. Plaintiffs filed this Notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure before Defendant served an Answer or filed a Motion for Summary Judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Notice of Voluntary Dismissal Without Prejudice (DE 21) is **ACCEPTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE** against Defendant;

2. Each Party shall bear his or its own attorneys fees and costs; and

3. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 19 day of March, 2012.

                                      DONALD M. MIDDLEBROOKS
                                      UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record